IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED MICHAEL MINARD,<br><br>Defendant. | CR 25-23-BU-DLC<br><br><br>FINDINGS AND<br>RECOMMENDATIONS<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and has entered a plea of guilty to the offense of possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1) (Count 1), the offense of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 2), and the offense of possession of an unregistered firearm in violation of 26 U.S.C. § 5861(d) (Count 3 and Count 4) as set forth in the Indictment. Defendant further agrees to the forfeiture allegation in the Indictment. After examining the Defendant under oath, I have made the following determinations:

1

1.  That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged, and an informed and voluntary admission to the allegation of forfeiture;

2.  That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

3.  That the Defendant understands the allegation of forfeiture and the consequence of admitting to the allegation;

4.  That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal offense charged against him, and admitting to the allegation of forfeiture;

5.  That both his plea of guilty to the criminal offenses charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offense charged and the legal basis for the forfeiture.

Therefore, I recommend that the Defendant be adjudged guilty of the offenses charged in the Indictment, and that sentence be imposed. I further recommend that the agreed forfeiture be imposed against Defendant. A presentence report has been ordered.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the presentence report.**

DATED this 7th day of October, 2025.

Kathleen L. DeSoto
United States Magistrate Judge