IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED MICHAEL MINARD,<br><br>Defendant. | CR 25–23–BU–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 34.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Jared Michael Minard is charged with one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (Count 1), one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 2), and two counts of possession of

an unregistered firearm, in violation of 26 U.S.C. § 5861(d) (Counts 3 and 4), as set forth in the Indictment. (Doc. 10.) Judge DeSoto recommends that this Court accept Minard's guilty plea as to all four counts after Minard appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 34) is ADOPTED in full.

IT IS FURTHER ORDERED that Minard's motion to change plea (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that Minard is adjudged guilty as charged in Counts 1–4 of the Indictment.

DATED this 22nd day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court