IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–23–BU–DLC |
| Plaintiff, | ORDER |
| vs. | |
| JARED MICHAEL MINARD, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 39). Defendant Jared Michael Minard has been adjudged guilty of possession with intent to distribute controlled substances, possession of a firearm in furtherance of a drug trafficking crime and possession of an unregistered firearm as charged in the Indictment and has admitted to its forfeiture allegation. (Doc. 36.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 39) is GRANTED.

IT IS FURTHER ORDERED that Minard's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1)-(2), 881(a)(11), 18 U.S.C. § 924(d), and 26 U.S.C. § 5872(a):

- $4520 U.S. Currency

- Springfield XDS pistol, 45 Cal S/N: S3246781, with 8 rounds of .45 Cal. ammunition and magazine

- Aero Precision X15 pistol, Multi Cal., S/N: X468032

- Aero Precision Freedom pistol, Multi Cal., S/N: 4JULY-15725

- STAG Arms STAG-15 rifle, .556 Cal., S/N: 312086

- Wilson Combat WC-15F rifle, Multi Cal., S/N: WCA47129

- Colt Detective Special revolver, .38 Cal., S/N: H11259

- Smith & Wesson M&P 40 pistol, .40 Cal., S/N: NAS6416

- Glock 42 pistol, .380 Cal., S/N: AKEP288

- CZP-10 C pistol, 9mm Cal., S/N: C725409

- Palmetto State Armory AK-P7 rife, .762 Cal., S/N: P7-003513

- 29 rounds 7.62-39 Cal. ammunition

- 15 rounds 9mm Cal. ammunition

- 6 rounds .380 Cal. ammunition

- 15 rounds .40 Cal. Ammunition

- 24 rounds 6.8mm Cal. ammunition

- 30 rounds .223 Cal. ammunition

- 6 rounds .38 special Cal. ammunition

- Jennings J22 pistol, .22 Cal., S/N: 552278

- 6 loaded AR style magazines

- 1 loaded AR style magazine
- 2 loaded Smith & Wesson magazines
- 1 loaded Glock magazine, .380 Cal.
- 1 Loaded revolver magazine
- Heckler & Kock USC45 rifle, .45 Cal., S/N: 47-009464
- 22 rounds 9mm Cal. ammunition
- 45 rounds 5.56 Cal. Ammunition
- 2 30 round Heckler & Kock USC45 magazines
- 3 20 round Heckler & Kock USC45 magazines
- 59 rounds .226 Cal. Ammunition
- 30 rounds .40 Cal. Ammunition
- 48 rounds .380 Cal. Ammunition
- 2 13 round Glock magazines
- 1 6 round Glock magazine
- 1 60 round Magpul PMAG drum magazine
- Any associated ammunition and accessories.

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation and/or a designated sub-custodian, is directed to

seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and as required by Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 29th day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court