IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MICHAEL MINARD,<br><br>Defendant. | CR 25–23–BU–DLC<br><br>ORDER |

Before the Court is the United States of America's unopposed motion for final order of forfeiture. (Doc. 49.) Having reviewed said motion, the Court finds:

1.     The United States commenced forfeiture in this action pursuant to 21 U.S.C. §§ 853(a)(1)–(2), 881(a)(11), and 18 U.S.C. § 924(d), and 26 U.S.C. § 5872(a).

2.     A preliminary order of forfeiture was entered on January 29, 2026, that forfeited Defendant Jason Michael Minard's interest. (Doc. 41.)

3.     All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 48.)

4..    It appears there is cause to issue a final order of forfeiture for the property listed within this order under 21 U.S.C. §§ 853(a)(1)–(2), 881(a)(11), 18 U.S.C. § 924(d), 26 U.S.C. § 5872(a), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.    The motion for final order of forfeiture (Doc. 49) is GRANTED.

2.    The following property is finally forfeited to the United States pursuant to 21 U.S.C. §§ 853(a)(1)-(2), 881(a)(11), and 18 U.S.C. § 924(d), and 26 U.S.C. § 5872(a) free from the claims of any other party, the following property:

- $4520 U.S. Currency
- Springfield XDS pistol, 45 Cal S/N: S3246781, with 8 rounds of .45 Cal. ammunition and magazine
- Aero Precision X15 pistol, Multi Cal., S/N: X468032
- Aero Precision Freedom pistol, Multi Cal., S/N: 4JULY-15725
- STAG Arms STAG-15 rifle, .556 Cal., S/N: 312086
- Wilson Combat WC-15F rifle, Multi Cal., S/N: WCA47129
- Colt Detective Special revolver, .38 Cal., S/N: H11259
- Smith & Wesson M&P 40 pistol, .40 Cal., S/N: NAS6416
- Glock 42 pistol, .380 Cal., S/N: AKEP288 • CZP-10 C pistol, 9mm Cal., S/N: C725409
- Palmetto State Armory AK-P7 rife, .762 Cal., S/N: P7-003513 • 29 rounds 7.62-39 Cal. Ammunition
- 15 rounds 9mm Cal. ammunition
- 6 rounds .380 Cal. ammunition
- 15 rounds .40 Cal. Ammunition
- 24 rounds 6.8mm Cal. ammunition
- 30 rounds .223 Cal. ammunition
- 6 rounds .38 special Cal. ammunition
- Jennings J22 pistol, .22 Cal., S/N: 552278
- 6 loaded AR style magazines
- 1 loaded AR style magazine
- 2 loaded Smith & Wesson magazines

2

- 1 loaded Glock magazine, .380 Cal.
- 1 Loaded revolver magazine
- Heckler & Kock USC45 rifle, .45 Cal., S/N: 47-009464
- 22 rounds 9mm Cal. ammunition
- 45 rounds 5.56 Cal. Ammunition Case 2:25-cr-00023-DLC Document 49-1 Filed 04/23/26 Page 2 of 3 3
- 2 30 round Heckler & Kock USC45 magazines
- 3 20 round Heckler & Kock USC45 magazines
- 59 rounds .226 Cal. Ammunition
- 30 rounds .40 Cal. Ammunition
- 48 rounds .380 Cal. Ammunition
- 13 round Glock magazines
- 1 6 round Glock magazine
- 1 60 round Magpul PMAG drum magazine
- Any associated ammunition and accessories.

3.     The United States has full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 23rd day of April, 2026.

Dana L. Christensen, District Judge
United States District Court